IN THE DISTRICT COURT OF THE UNITED STATES

FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JAMES CHESNEY ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Civil Action No. |
| ) | |
| MEGAN J. BRENNAN, Postmaster ) | Assigned to Judge |
| General, UNITED STATES POSTAL ) | |
| SERVICE, ) | JURY TRIAL DEMANDED |
| ) | |
| Defendant. ) | |

PLAINTIFF'S COMPLAINT IN CIVIL ACTION


AND NOW, Plaintiff, JAMES CHESNEY, through counsel JOSEPH J.

CHESTER, ESQ., files the following Complaint in Civil Action:


PRELIMINARY STATEMENT


1.      This is a claim by Plaintiff against Defendant for equitable relief, injunctive

relief, money damages, counsel fees, and other relief for employment

discrimination and civil rights violations including claim for violations of

Age Discrimination in Employment Act.

## JURISDICTION AND VENUE

2.    Jurisdiction of this Court is based on 42 U.S.C. Sec. 2000e et seq. (Title VII of the Civil Rights Act of 1964);  29 U.S.C. 621 et seq. (Age Discrimination in Employment Act); 28 U.S.C. Sec. 1343 (Civil Rights Jurisdiction); and 28 U.S.C. Sec. 2201, 2202 (Injunctive and Declaratory Relief).

3.    Venue is proper in Western District of Pennsylvania based on 28 U.S.C. Sec. 1391(b) (district where all Defendants reside or in which the claim arose.)

## PARTIES

4.    Plaintiff is JAMES CHESNEY, citizen of the United States and Commonwealth of Pennsylvania, age within the ADEA age- protected class.

5.    Defendant is MEGAN J. BRENNAN, POSTMASTER GENERAL, UNITED STATES POSTAL SERVICE, with offices at United States Postal Service, 1001 California Ave., Pittsburgh Allegheny County, PA 15290, a federal agency employer engaged in an industry which affects commerce.

## FACTS

6.    Plaintiff made formal, timely complaints of discrimination at agency case no. 4C-15000-4716 and 0120162467which were timely processedand subject to right-to-sue letter issued.

<u>COUNT 1:  Plaintiff v. Defendant</u>

<u>(Age Discrimination in Employment Act, 29 U.S.C. 621 et seq.)</u>

7.    Prior pleadings are incorporated by reference.

8.    Defendant has acted against and maintained a policy, practice, custom, or usage of discrimination against Plaintiff and Defendant has discriminated and is presently discriminating against Plaintiff with respect to formation or enforcement of contracts, wages, terms, conditions, privileges, advantages and benefits of a contract of employment because of Plaintiff's age, over 40 and in the protected ADEA class at the time of the discrimination, and engaged in hostile-work environment harassment.

9.    Plaintiff has no plain, adequate and complete remedy at law to redress the wrongs alleged, and this request for injunctive relief is Plaintiff's only means of securing adequate relief.  Plaintiff is now suffering and will continue to suffer irreparable injury unless and until Defendant is enjoined by the Court.

<u>RELIEF REQUESTED</u>

WHEREFORE,  Plaintiff requests this Court to:

10.    Declare Defendant's actions violated the Age Discrimination in Employment Act of 1967, as amended;

11.   Permanently enjoin Defendant from engaging in the practices and discrimination complained of and ordering rightful-place reinstatement as appropriate;

12.   Restore rights, privileges, benefits, and income which Plaintiff would have received but for Defendant's practices and discrimination, including compensatory damages, back pay, lost benefits, and award prejudgment interest;

13.   Award to Plaintiff attorney's fees and costs pursuant to 42 U.S.C. Sec. 1988;

14.   Award emotional distress damages;

15.   Grant such other relief as may be just.

A JURY TRIAL IS DEMANDED AS TO THIS CLAIM.

RESPECTFULLY SUBMITTED,

_/s/ Joseph J. Chester_____

Joseph J. Chester, Attorney for
Plaintiff JAMES CHESNEY

Law & Finance Bldg.
429 Fourth Ave., Suite 1806

Pittsburgh PA 15219-1505

(412) 261-0784
FAX (412) 471-4872
e-mail 'joechester@aol.com'

## CERTIFICATION

I have read the attached complaint consisting of eight (8) pages and it is true and complete to the best of my knowledge and belief. In making this statement, I understand Section 1001, Title 18 of the U.S. Code which states: "Whoever, in any manner the jurisdiction of any department of agency of the United States knowingly and wilfully falsifies, conceals, or covers up by any trick, scheme, or device of material fact, or makes any false, fictitious or fraudulent statements of representations, or makes or uses any false writing or document knowing the same to contain any false, fictitious, or fraudulent statement or entry, shall be fined not more than $10,000 or imprisoned not more than 4 years, or both."

## DECLARATION

I declare, under penalty of perjury, that the foregoing is true and correct to the best of my knowledge and belief.

12/31/2016
Date

JAMES CHESNEY